# EXHIBIT 7

**NOVACLOUD V. META**
**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Meta Accused Instrumentality(ies) |
|---|---|
| [1Pre]: 1. A method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising: | Meta practices this claim limitation. Meta performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising" the steps described below.<br><br>For example, Meta operates a global fixed access communications network with dozens of edge nodes, also referred to as Points-of-Presence (POPs), that performs the method for selecting an edge node from a plurality of edge nodes as shown below.<br><br><br>**Source:** Building a Billion User Load Balancer, USENIX Annual Technical Conference, July 8-10, 2015, Patrick Shuff, slide 55<br><br>The Facebook network is an integral part of Facebook's infrastructure. Every day, people and communities rely on Facebook's global network and infrastructure to share information, ranging from photos and videos to messages and News Feed, and expanding to more interactive and rich 360 and VR applications. Facebook has built out a global network of points of presence (PoPs), each connected to tens or hundreds of networks. In order to support Facebook's growing external demand and internal services, we embarked several years ago on building in-house hardware and software systems to scale our global network. |

**NOVACLOUD V. META**
**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Meta Accused Instrumentality(ies) |
|---|---|
| | **Source:** Steering Oceans of Content to the World, Hyojeong Kim, Aug. 21, 2017, https://engineering.fb.com/2017/08/21/networking-traffic/steering-oceans-of-content-to-the-world/, Last accessed on May 13, 2021<br><br>Two complementary traffic engineering systems are responsible for steering user traffic. Cartographer steers client traffic to PoPs by controlling DNS responses and rewriting endpoint URLs in HTML, using performance measurements to decide the best ingress location [56]. Egress traffic at a PoP is routed based on decisions are made by Edge Fabric [55], which we discuss in further detail in Section 6.<br><br>**Source:** Internet Performance from Facebook's Edge, Association for Computer Manufacturing, October 21- 23, 2019, Section 2.1 |
| [1a]: at a selection node, receiving from a host entity a request for a network service; | Meta practices this claim limitation. Meta performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… at a selection node, receiving from a host entity a request for a network service."<br><br>For example, Meta's Cartographer functions as a selection node that receives service requests from hosts via Domain Name System (DNS) as shown below. |

**NOVACLOUD V. META**
**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Meta Accused Instrumentality(ies) |
| --- | --- |
| | <br>**Source:** Building a Billion User Load Balancer, USENIX Annual Technical Conference, July 8-10, 2015, Patrick Shuff, slide 61<br><br>Two complementary traffic engineering systems are responsible for steering user traffic. Cartographer steers client traffic to PoPs by controlling DNS responses and rewriting endpoint URLs in HTML, using performance measurements to decide the best ingress location [56]. Egress traffic at a PoP is routed based on decisions are made by Edge Fabric [55], which we discuss in further detail in Section 6.<br>**Source:** Internet Performance from Facebook's Edge, Association for Computer Manufacturing, October 21- 23, 2019, Section 2.1 |

**NOVACLOUD V. META**
**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Meta Accused Instrumentality(ies) |
|---|---|
| | When somebody visits Facebook, our global load-balancing system, Cartographer, assigns them to PoPs via DNS. After arriving at a PoP, user requests either terminate there or are relayed back to our data centers for further processing. Responses are sent back to users via the same PoP.<br>**Source:** Steering Oceans of Content to the World, Hyojeong Kim, Aug. 21, 2017, https://engineering.fb.com/2017/08/21/networking-traffic/steering-oceans-of-content-to-the-world/, Last accessed on May 13, 2021 |
| [1b]: obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes; | Meta practices this claim limitation. Meta performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes."<br><br>For example, Meta's Cartographer obtains data relating to edge node status and capabilities from a dynamically updated database, made up of dynamically updated sources (e.g., capacity, resolvers/latency, oruting, and health) as shown below. |

| Claim | Meta Accused Instrumentality(ies) |
|---|---|
| |   **Source:** Building a Billion User Load Balancer, USENIX Annual Technical Conference, July 8-10, 2015, Patrick Shuff, slide 61 |

| Claim | Meta Accused Instrumentality(ies) |
|---|---|
| | *2.2.2 Measurement Infrastructure.* We capture performance information at the load balancers, which are configured to sample a percentage of HTTP sessions. For sampled sessions, instrumentation captures TCP state at the start and end of each HTTP session, and for each HTTP transaction, the load balancer captures timestamps and TCP state at prescribed points to enable calculation of goodput. We discuss how we use this state further in Section 3. When the load balancer detects a sampled session's underlying TCP connection has been closed, it captures the final TCP state. The load balancer then sends all captured information to a separate process that adds information about the egress route used to deliver traffic to the user, including BGP information such as the destination prefix and AS-path.<br>**Source:** Internet Performance from Facebook's Edge, Association for Computer Manufacturing, October 21- 23, 2019, Section 2.2.2<br><br>Our edge networking team needed to take into account the complex connectivity options in each PoP, the preference of each network, and application-level performance. We soon found that traditional routing protocols could not address our needs. Before we dive into the system details, let's first set the context.<br>**Source:** Steering Oceans of Content to the World, Hyojeong Kim, Aug. 21, 2017, https://engineering.fb.com/2017/08/21/networking-traffic/steering-oceans-of-content-to-the-world/, Last accessed on May 13, 2021 |
| [1c]: on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node | Meta practices this claim limitation. Meta performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service."<br><br>For example, Meta's Cartographer selects an edge node based on data retrieved from the dynamically updated database as shown below. The selected edge node provides a path between the user and the requested service, also shown below. |

| Claim | Meta Accused Instrumentality(ies) |
| --- | --- |
| providing a path between the host entity and the requested network service; and | <br>**Source:** Building a Billion User Load Balancer, USENIX Annual Technical Conference, July 8-10, 2015, Patrick Shuff, slide 59<br><br>Two complementary traffic engineering systems are responsible for steering user traffic. Cartographer steers client traffic to PoPs by controlling DNS responses and rewriting endpoint URLs in HTML, using performance measurements to decide the best ingress location [56]. Egress traffic at a PoP is routed based on decisions are made by Edge Fabric [55], which we discuss in further detail in Section 6.<br>**Source:** Internet Performance from Facebook's Edge, Association for Computer Manufacturing, October 21- 23, 2019, Section 2.1 |

| Claim | Meta Accused Instrumentality(ies) |
|---|---|
| | |
| [1d]: sending a response to the host entity, the response including information identifying the selected edge node. | Meta practices this claim limitation. Meta performs "a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising… sending a response to the host entity, the response including information identifying the selected edge node."<br><br>For example, Meta's Cartographer sends DNS responses, which contain an IPv6 address to hosts identifying the selected edge node as shown below.<br><br>> Two complementary traffic engineering systems are responsible for steering user traffic. Cartographer steers client traffic to PoPs by controlling DNS responses and rewriting endpoint URLs in HTML, using performance measurements to decide the best ingress location [56]. Egress traffic at a PoP is routed based on decisions are made by Edge Fabric [55], which we discuss in further detail in Section 6.<br><br>**Source:** Internet Performance from Facebook's Edge, Association for Computer Manufacturing, October 21- 23, 2019, Section 2.1<br><br>> When somebody visits Facebook, our global load-balancing system, Cartographer, assigns them to PoPs via DNS. After arriving at a PoP, user requests either terminate there or are relayed back to our data centers for further processing. Responses are sent back to users via the same PoP.<br><br>**Source:** Steering Oceans of Content to the World, Hyojeong Kim, Aug. 21, 2017, https://engineering.fb.com/2017/08/21/networking-traffic/steering-oceans-of-content-to-the-world/, Last accessed on May 13, 2021 |

**NOVACLOUD V. META**
**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

| Claim | Meta Accused Instrumentality(ies) |
| --- | --- |
| |   **Source:** Building a Billion User Load Balancer, USENIX Annual Technical Conference, July 8-10, 2015, Patrick Shuff, slide 61 |

**NOVACLOUD V. META**
**EXHIBIT 7: INFRINGEMENT CONTENTION CHART FOR U.S. PATENT NO. 8,401,028**

<table>
<tr><th>Claim</th><th>Meta Accused Instrumentality(ies)</th></tr>
<tr><td></td><td>



**Source:** Building a Billion User Load Balancer, USENIX Annual Technical Conference, July 8-10, 2015, Patrick Shuff, slide 27
</td></tr>
</table>