IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVACLOUD LICENSING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-674 (MN) |
| | ) |
| META PLATFORMS, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT META PLATFORMS, INC.'S MOTION
## TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Meta Platforms, Inc. ("Meta") respectfully moves this Court for an order dismissing Plaintiff NovaCloud Licensing, LLC's Complaint (D.I. 1) for failure to state a claim upon which relief may be granted. The grounds for this Motion are more fully set forth in the accompanying Opening Brief, submitted herewith. A proposed Order is attached.

OF COUNSEL:

Heidi Keefe
Mark R. Weinstein
Lowell Mead
Elizabeth L. Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
(650) 843-5000

Phillip E. Morton
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
(202) 842-7800

August 7, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Karen Jacobs (#2881)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVACLOUD LICENSING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-674 (MN) |
| | ) | |
| META PLATFORMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT
META PLATFORMS, INC.'S MOTION TO DISMISS
<u>FOR FAILURE TO STATE A CLAIM</u>**

Having considered Defendant Meta Platforms, Inc.'s Motion to Dismiss Plaintiff NovaCloud Licensing, LLC's Complaint (D.I. 1) for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"), as well as any opposition and reply thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED, and:

1. Plaintiff's claims of indirect infringement under 35 U.S.C. § 271(b) are dismissed as to all asserted patents; and

2. Plaintiff's claims of direct infringement are dismissed as to U.S. Patent No. 8,949,206 and U.S. Patent No. 9,654,333 (Count III and Count IV).

SO ORDERED, this _____ day of _____ 2025.

_____
The Honorable Maryellen Noreika

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 7, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Sreet, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John B. Campbell, Esquire<br>Stone A. Martin, Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kevin Burgess, Esquire<br>MCKOOL SMITH, P.C.<br>104 East Houston Street, Suite 300<br>Marshall, TX  75670<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*

Karen Jacobs (#2881)