

April 9, 2026

**VIA E-FILING**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

> **Re:** *NovaCloud Licensing LLC v. Meta Platforms, Inc.,*
> <u>C.A. No. 25-cv-674-MN</u>

Dear Judge Noreika,

In advance of the April 14, 2026, Scheduling Conference, the parties met and conferred and narrowed their disputes. There are no disputes between the parties concerning dates as the parties have agreed to a schedule leading to a trial in June 2028. The parties have also agreed to coordinate claim construction proceedings with the related case against Amazon (C.A. 25-1272-MN) so that the briefing and hearing dates will be the same.

The following substantive disputes remain between the parties: 8(d)(i) (Interrogatories), 8(e)(i) (Limitation on Hours for Deposition Discovery), and 8(e)(vi) (Depositions of Expert Witnesses). The parties' amended Proposed Scheduling Order is attached with the parties' competing proposals bolded.

**Dispute 1:** Paragraphs 8(d)(i) and 8(e)(i)

<u>Plaintiff's position:</u> Plaintiff's proposals regarding discovery limits are based on the instant case alleging infringement of a total of five patents and on this Court routinely extending discovery limits imposed by the Federal Rules of Civil Procedure in cases involving several patents. *See, e.g., Adeia Techs., Inc. et al. v. The Walt Disney Co. et al.*, No. 24-1231 (MN), D.I. 25 (Feb. 21, 2025) (allowing 150 hours of depositions and 30 interrogatories in a 6-patent case); *Boston Dynamics, Inc. v. Ghost Robotics Corp.*, No. 24-184 (MN), D.I. 18 (May 20, 2024) (allowing 100 hours of depositions in a 5-patent case); *Gilead Sciences, Inc. et al. v. Lupin Ltd et al.*, No. 21-1621 (MN), D.I. 28 (Apr. 12, 2022) (allowing for 150 hours of depositions in a 4-patent case).

<u>Meta's position:</u> Here, Plaintiff asserted five patents against Meta related to content delivery functionality. Like *Amazon* (C.A. No. 25-1272-MN, D.I. 27-1), Meta's proposal is consistent with the Court's default and standard procedures, as set forth in the Court's most recent scheduling orders for cases involving an equal or greater number of asserted patents with overlapping subject matter. *See, e.g., P Tech LLC v. Arthrex, Inc.,* No. 21-968 (MN), D.I. 39 at 4 (Jan. 6, 2026) (6 patents on surgical fasteners, 25 interrogatories, 80 total hours for party *and* non-party depositions); *VB Assets, LLC v. SoundHound AI, Inc.,* No. 24-1279 (MN), D.I. 51 at 4 (Sept. 23, 2025) (9 patents on voice user interfaces, 25 interrogatories, 95 total hours); and *VB Assets, LLC v. Amazon.com Services LLC,* No. 24-839 (MN) ("*VB Assets II*"), D.I. 19 at 4 (Dec. 9, 2024) (5 patents on voice user interfaces, 25 interrogatories, 70 total hours). Meta's proposal is also based

on the Court's orders following the presumptive 10-deposition limit set out in FRCP 30(a). *See, e.g.*, *STM Mgmt. Pty Ltd. v. Pioneer Square Brands, Inc., No. 25-971 (MN)*, D.I. 21 at 4; ("Subject to the 10 deposition limit in Rule 30(a) . . . each side is limited to a total of 70 hours"); *VB Assets II*, D.I. 19 at 4 ("Each side is limited to a total of 70 hours . . . comprising no more than 10 depositions, including non-party depositions").

**Dispute 2:** Paragraph 8(e)(vi)

Plaintiff's position: Plaintiff's proposal is consistent with this District, *Voxer Inc. et al. v. Google LLC et al.,* No. 25-873 (GBW), D.I. 36 (Jan. 8, 2026) (limiting expert depositions to a total of 7 hours), and other cases filed by Plaintiff asserting the same number of patents. *See, e.g.*, *NovaCloud Licensing LLC v. Int'l Bus. Machines Corp.*, No. 25-007 (RSP), D.I. 39 (E.D. Tex. Oct. 10, 2025) (same).

Meta's position: Meta's proposal, which is again aligned with Amazon's, seeks 7 hours of expert deposition per opening or rebuttal report (*e.g.*, if the same expert opines on infringement in an opening report and opines on validity in a rebuttal report) to ensure there is less likelihood of a dispute over expert deposition hours later in the case. The Court has recently entered orders allowing similar limits on expert deposition hours. *See, e.g.*, *STM Mgmt.*, D.I. 21 at 4–5 ("7 hours per witness, per report"); *SoundHound*, D.I. 51 at 5 ("7 hours of deposition per opening or rebuttal expert report (i.e., excluding reply reports)").

We look forward to discussing these issues at the Scheduling Conference.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)

2